UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America,                    )        Case No. CR 26 - 0101 YGR
                                             )
        *Plaintiff,*                         )        STIPULATED ORDER EXCLUDING TIME
        v.                                   )        UNDER THE SPEEDY TRIAL ACT
                                             )
Michael Dehdashtian                          )
                                             )
        *Defendant.*                         )

**FILED**
**Mar 20, 2026**
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

For the reasons stated by the parties on the record on __3/20/2026__, the Court excludes time under the Speedy Trial Act from __3/20/2026__, to __5/6/2026__, and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____    Failure to grant a continuance would be likely to result in a miscarriage of justice.
        *See* 18 U.S.C. § 3161(h)(7)(B)(i).

____    The case is so unusual or so complex, due to *[check applicable reasons]* ____ the number of defendants, ____ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

____    Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

____    Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓
____    Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: __3/20/2026__

_____
Peter H. Kang
United States Magistrate Judge

STIPULATED: _____
            Attorney for Defendant

_____
Assistant United States Attorney